856 A.2d 54

**Judith JARDIN and All Others Similarly Situated, Appellants,**

**v.**

**Honorable Pedro A. CORTES, Secretary of the Commonwealth of Pennsylvania, Appellee.**

Supreme Court of Pennsylvania.

Aug. 18, 2004.

Joseph E. Altomare, Esq., Titusville, for Judith Jardin.

Christal Pike–Nase, Esq., Andrew Simon Sislo, Esq., for Pedro A. Cortes.

BEFORE: CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and BAER, JJ.

## *ORDER*

PER CURIAM.

**AND NOW,** this 18th day of August, 2004, the order of the Commonwealth Court is REVERSED, and the matter is remanded to the Commonwealth Court for further proceedings in accordance with *Tritt v. Cortes,* 851 A.2d 903 (Pa.2004).

Justice CASTILLE dissents.